IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ELI BANISTER,<br><br>                              Plaintiff,<br>      v.<br><br>LOU SPIVACK, P.C.; f.k.a BURTON SPIVACK LAW GROUP, P.C.; f.k.a. BURTON LIPPMAN LAW GROUP, P.C.; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No. 2:13-cv-00954-PHX-SLG |

### ORDER

Plaintiff's Second Amended Complaint was filed on January 14, 2014 and a summons was issued as to Defendant Lou Spivack, P.C. at that time.  As of this date, there has been no proof of service filed as to that Defendant.  Civil Rule 4(m) provides that Defendant(s) must be served within 120 days after the complaint is filed. Accordingly, proof of service or an appropriate motion shall be filed with the Court within 14 days of the date of this Order or this case shall be DISMISSED without further notice. See Civil Rule 4(m).

DATED this 15th day of May, 2014.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE